**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1288**

_____

TRACEY DIANE COLQUITT,

            Plaintiff - Appellant,

      v.

BON SECOURS MERCY HEALTH, d/b/a St. Francis Nursing Center;
DOMINQUE HAWKINS; TAMIKA GREENE; BRIELLE ROBERSON; ST.
FRANCIS NURSING CENTER,

            Defendants - Appellees,

      and

IRVIN LAND,

            Defendant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at
Newport News.  Roderick Charles Young, District Judge.  (4:21-cv-00053-RCY-RJK)

_____

Submitted:  December 20, 2022                    Decided:  December 22, 2022

_____

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit
Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Tracey Diane Colquitt, Appellant Pro Se.  Laura May Hooe, Kathleen Mary McCauley, MORAN, REEVES & CONN, PC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tracey Diane Colquitt appeals the district court's order dismissing her second amended complaint alleging retaliation, in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17, the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634, the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 to 12213 ("ADA"), and Virginia Code § 40.1-27.3; and failure to accommodate her disability, in violation of the ADA. Confining our review to the issues raised in the informal brief, *see* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."), we have reviewed the record and find no reversible error. Accordingly, we deny Colquitt's motion for appointment of counsel and affirm the district court's judgment. *Colquitt v. Bon Secours Mercy Health*, No. 4:21-cv-00053-RCY-RJK (E.D. Va. Feb. 16, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

3